

NUMBER 13-19-00453-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LITHIA CORPUS CHRISTI, INC.
D/B/A LITHIA DODGE
OF CORPUS CHRISTI,                                              Appellant,

v.

RUSSELL HOUSE,                                                   Appellee.

On appeal from County Court a Law No. 1
of Nueces County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Hinojosa, and Tijerina**
**Memorandum Opinion by Justice Leticia Hinojosa**

Appellant filed an appeal from a judgment entered by the County Court at Law No.

1 of Nueces County, Texas, in cause number 2015-CCV-60202-1.   Appellant has filed a

motion to dismiss the appeal on grounds that both parties have reached a full settlement

of the matters at issue. The certificate of conference reflects that appellee is not opposed to the motion.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

LETICIA HINOJOSA
Justice

Delivered and filed the
2nd day of January, 2020.

2